

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00514-CV

Janie Marie Cavazos as next friend of Magdalena Robles-Aguirre
v.
Finance of America Reverse, LLC, Finance of America Structured Securities Acquisition
Trust 2017-HB1, and Wilmington Savings Fund Society FSB

On Appeal from the
445th District Court of Cameron County, Texas
Trial Court Cause No. 2019-DCL-00130

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

April 1, 2021